## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: A.F.C., A MINOR | : | No. 80 EAL 2020 |
| | : | |
| | : | |
| PETITION OF: R.C., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.